AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 18-MJ- 7107
)
1510 Glenshire Drive, Champaign, Illinois, 61822, more )
particularly described in Attachment A )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Central____ District of ____Illinois____
*(identify the person or describe the property to be searched and give its location):*

1510 Glenshire Drive, Champaign, Illinois, 61822, more particularly described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____6/5/2018____
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge ERIC I. LONG, Magistrate Judge
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 5/22/2018; 5:57 p.m.

s/Eric I Long
_____
*Judge's signature*

City and state:   Urbana, Illinois                       ERIC I. LONG, Magistrate Judge
                                                         *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>18-MJ- 7107 | Date and time warrant executed:<br>05/27/2018 at 8:00pm | Copy of warrant and inventory left with:<br>1510 Glenshire, Champaign (res owner) |

Inventory made in the presence of : GS Noblet

Inventory of the property taken and name of any person(s) seized:

Suspected Alprazolam tablets, suspected tryptamine, unknown suspected narcotics, suspected alprazolam powder taken from rotary press and mixers, suspected tramadol, unknown liquids suspected steroids, suspected steroid masking agents, containers holding steroids, scoops with white powder residue, several mixing items with residue, drum of binding material, two watches and display box, miscellaneous paperwork including Navy Federal Credit Union statement and Xfinity bill, 1510 Glenshire purchase documents, US Passport, cancelled California driver's license, mail packaging addressed to "Eli LEE", Indianapolis rental documents in CAAMANO's name, mail in name of CAAMANO and Longevity Realty Management, folder with Indiana travel history and financial documents, Xanax manufacturing equipment to include a rotary press and 2 mixers with a hydraulic lift and digital scales and vacuum sealers, Alcatel cell phone, Toshiba laptop power cord, Sony Cybershot digital camera, LG smartphone, Samsung Galaxy S5 cell phone, Lenovo thinkpad, Lenovo 1 Book, CyberPowerPC computer tower, ADATA USB hard drive, 6 USB flash drives, Fujistu USB hard drive, and NVMe SSD hard drive.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/23/2018

s/Todd Emery

*Executing officer's signature*

Todd M. Emery, Special Agent

*Printed name and title*